UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN STEVEN OLAUSEN, | 3:14-CV-00315-LRH-WGC |
| Petitioner, | |
| v. | MINUTE ORDER |
| GREG COX, Director of Nevada Prisons; *et al.*, | July 1, 2014 |
| Respondents. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER:  NONE APPEARING

COUNSEL FOR PETITIONER(S):        NONE APPEARING

COUNSEL FOR RESPONDENT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Petitioner's Motion to Respectfully Disqualify U.S. District Court Judge Larry R. Hicks, as Father to State Prosecutor/Deputy District Attorney Related to Petitioner's State Case and Members of Victim's Memorial, Same Case (#6)[1]. The court has reviewed the document and will deny the motion as moot given that the Honorable Larry R. Hicks will recuse himself forthwith from this matter.  Good cause appearing,

IT IS ORDERED that Petitioner's Motion to Respectfully Disqualify U.S. District Court Judge Larry R. Hicks, as Father to State Prosecutor/Deputy District Attorney Related to Petitioner's State Case and Members of Victim's Memorial, Same Case (#6) is DENIED as moot.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:         /s/
           Deputy Clerk

---

[1] Refers to court's docket number.