# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN STEVEN OLAUSEN,

    Petitioner,

vs.

GREG COX, et al.,

    Respondents.

Case No. 3:14-cv-00315-RCJ-WGC

**ORDER**

    The court directed petitioner to pay the $5 filing fee. Order (#13). Petitioner has not complied with the order within the allotted time. The court will dismiss this action.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    Petitioner's motion for appointment of counsel (#10) is moot because the court is dismissing this action.

    IT IS THEREFORE ORDERED that the motion for appointment of counsel (#10) is **DENIED** as moot.

    IT IS FURTHER ORDERED that this action is **DISMISSED** for petitioner's failure to pay the filing fee. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    IT IS FURTHER ORDERED that the clerk shall add Catherine Cortez Masto, Attorney General for the State of Nevada, as counsel for respondents.

1  IT IS FURTHER ORDERED that the clerk shall electronically serve upon respondents a
2  copy of the petition and this order.  No response is necessary.
3  Dated: This 30th day of December, 2014.

_____
ROBERT C. JONES
United States District Judge